# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| Janet Tlapek,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Atlantic Credit & Finance Special Finance Unit, LLC, and Law Offices of Timothy E. Baxter & Associates, P.C.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00646<br><br>Hon. Robert J. Jonker<br><br><br>ORDER |

　　　Based upon the Joint Stipulation of the parties, and for good cause shown, this matter is hereby dismissed **with prejudice**. All parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: December 2, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Jonker
　　　　　　　　　　　　　　　　　　　　Hon. Robert J. Jonker